# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Jane Doe,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Metropolitan State University, Amy Gort, Ginny Arthur, Rassule Hadidi, Josefina Landreau, Minjung Park, Kristin Burgess, and Maya Sullivan,<br><br>　　　　　Defendants. | Case No. 26-cv-02524-PJS-EMB<br><br><br>**ORDER** |

This matter is before the Court on Plaintiff Jane Doe's Motion to Proceed Under Pseudonym (Dkt. No. 2) ("the motion"). The Court has reviewed Plaintiff's motion. Considering that Defendants have not yet made an appearance and that no meet-and-confer statement or notice of hearing on the motion has been filed in accordance with Local Rule 7.1,

**IT IS HEREBY ORDERED** that:

1. Until such time as the Court decides the motion, Plaintiff may temporarily proceed under pseudonym;

2. Plaintiff's counsel is directed to provide a copy of her motion and this Order directly to Defendants' counsel, if known, so that Defendants'

counsel know that they must proceed by pseudonym pending a decision on the motion;

3. As soon as practicable, Plaintiff must meet and confer with Defendants regarding the motion and supplement the motion with a meet-and-confer statement in accordance with Local Rule 7.1(a)(1).

4. Following the meet and confer with Defendants, Plaintiff must contact my Chambers to request a hearing date on the motion and file a notice of hearing in accordance with Local Rule 7.1(b).

5. If the parties agree on the resolution of all or part of the motion, the parties must promptly notify the Court of their agreement by filing a joint stipulation in accordance with Local Rule 7.1(a)(2).

6. If the parties do not agree on resolution of the motion, Defendants must file a response to the motion seven days before the hearing date.

Dated: May 18, 2026                           _s/ Elsa M. Bullard_____

                                              Elsa M. Bullard
                                              United States Magistrate Judge