UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JANE DOE,

Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY, et al.,

Defendants.

Case No. 26-CV-2524 (PJS/EMB)

ORDER

---

This matter is before the Court on plaintiff Jane Doe's motion, under Fed. R. Civ. P. 55(b), for a default judgment. Magistrate Judge Elsa M. Bullard recently extended the time for defendants to respond to Doe's amended complaint, however, ECF No. 57, and that time has not yet run. Moreover, Doe did not obtain an entry of default before filing her motion. *See Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998) ("entry of default under Rule 55(a) must precede grant of a default judgment under Rule 55(b)"). In addition, Doe failed to contact the undersigned's chambers before filing the motion, which violates the local rules. *See* D. Minn. L.R. 7.1(c). Most importantly, this case is in its infancy and it appears that defendants are prepared to defend themselves on the merits. *See Oberstar v. FDIC*, 987 F.2d 494, 504 (8th Cir. 1993) (noting "the strong judicial policy against default judgments" and the "judicial preference for adjudication on the merits"); *United States ex rel. Time Equip. Rental & Sales, Inc. v. Harre*, 983 F.2d 128,

130 (8th Cir. 1993) (reversing entry of default judgment where defendant's answer was 12 days late).

For all of these reasons, Doe's motion for default judgment is denied.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT plaintiff's motion for default [ECF No. 55] is DENIED.

Dated: September 17, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge